UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| A.V. BARNETT<br>    LA. DOC #125936 | CIVIL ACTION NO. 14-3238 |
| VERSUS | JUDGE ROBERT G. JAMES |
| STATE OF LOUISIANA | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREE** that the instant Petition for Writ of Mandamus be **DISMISSED WITH PREJUDICE** for lack of jurisdiction, and **WITHOUT PREJUDICE** to Petitioner's right to seek habeas corpus relief pursuant to 28 U.S.C. §2254.

**MONROE, LOUISIANA,** this 3rd day of March, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE